**ELLIOTT v. COUNTY OF HALIFAX**

[359 N.C. 847 (2005)]

BRADLEY A. ELLIOTT AND WIFE, DIANE T. ELLIOTT, AND ARTHUR E. ELLIOTT AND WIFE, MARGARET E. ELLIOTT v. THE COUNTY OF HALIFAX

No. 590PA04

(Filed 19 August 2005)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 166 N.C. App. 279, 603 S.E.2d 168 (2004), affirming an order entered 14 March 2003 by Judge Dwight L. Cranford in Superior Court, Halifax County. On 6 April 2005, the Supreme Court allowed defendant's motion to consolidate this case with *Manning v. County of Halifax*, 166 N.C. App. 279, 603 S.E.2d 168 (2004) for hearing. Heard in the Supreme Court 18 May 2005.

*Bradley A. Elliott for plaintiff-appellees.*

*Womble Carlyle Sandridge & Rice, PLLC, by Christopher W. Jones, for defendant-appellant.*

*James B. Blackburn, General Counsel, for North Carolina Association of County Commissioners, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.